UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DEBRA JEAN ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | No. 5:19-cv-00688-JDE <br><br> ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 24), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $3,500.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: October 16, 2020

_____
JOHN D. EARLY
United States Magistrate Judge